**Order entered March 10, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00428-CV

## IN THE INTEREST OF D.F.D. AND T.Z.D., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19199**

## ORDER

I voluntarily recuse myself from hearing any matter in the above appeal.

/s/ DENNISE GARCIA
   JUSTICE